■ LUMART IMPROVEMENT CORP. et al., Appellants, v. JULIUS KOEPEL et al., Respondents.— Appeal, as limited by appellants' brief, from so much of an order as denied a motion to transfer two actions from the District Court, Nassau County, to the Supreme Court, Nassau County, and to consolidate said actions with an action pending in that court. Order insofar as appealed from reversed, with $10 costs and disbursements, and motion for consolidation granted. The Supreme Court action seeks compliance with the same contracts on which the plaintiffs in the District Court actions seek recovery for work, labor and services. There was no opposition to the motion for consolidation, and it would serve the interests of all the parties to have the three actions tried at the same time in the Supreme Court. Wenzel, Acting P. J., Ughetta, Hallinan and Kleinfeld, JJ., concur. Murphy, J., deceased.

■ BERNARD J. MULLIGAN, as Administrator of the Estate of BRIAN J. MULLIGAN, Deceased, et al., Appellants, v. IRENE M. GRAHAM et al., Respondents.— In a consolidated action to recover damages for wrongful death and for personal injuries, the appeal is (1) from a judgment in favor of respondents entered upon the dismissal of the causes of action as to respondent Graham at the end of the appellants' case and upon the verdict of the jury in favor of respondent Ballard, and (2) from an order denying appellants' motion for a new trial as to both respondents, and for other relief. Appellants' respective causes of action were grounded upon their status as passengers who respectively met death and sustained injuries in an accident involving the operation, in the Commonwealth of Virginia, of a motor vehicle owned by respondent Graham and operated by respondent Ballard. The Virginia statute, upon which the causes of action were predicated, made it incumbent upon appellants to establish gross negligence or willful and wanton disregard of safety in order to recover. Judgment and order unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased.

■ WILLIAM PESKIN, Plaintiff, v. PORT OF NEW YORK AUTHORITY et al., Appellants, and MENT BROS. IRON WORKS CO., INC., Respondent, et al., Defendant.— In an action to recover damages for personal injuries, the appeal is from so much of a judgment as dismissed appellants' cross complaint against respondent. Judgment insofar as appealed from unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased.